**ANKCORN LAW FIRM, PC**
Mark Ankcorn (SBN 166871)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Phone: 619-870-0600
Fax: 619-684-3541
mark@ankcorn.com
*Attorney for Plaintiff*
TERRENCE HARRIS

**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Shawn Eldridge (SBN 276851)
eldridges@cmtlaw.com
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

*Attorneys for Defendant,*
CREDIT ONE BANK, N.A.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE HARRIS, an individual<br><br>Plaintiff,<br>v.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | Case No.: 3:16-cv-00908-DMS-DHB<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Response due: May 16, 2016<br>New response date: June 10, 2016 |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff TERRENCE HARRIS ("Plaintiff") and Defendant CREDIT ONE BANK, N.A. ("Defendant"), and through their respective counsel, as follows:

{Terrence Harris Joint Motion;1}

WHEREAS, the parties agree to extend the deadline for Defendant to respond to Plaintiff's Initial Complaint to June 10, 2016;

The parties enter into this Stipulation at Defendant's request because Defendant's counsel represents that they have only recently been retained, and who, due to the press of business, require additional time to respond to the allegations in the Complaint. The additional time is necessary to investigate the claims asserted in the Complaint.

That Defendant shall have an extension of time up to an including June 10, 2016 within which to respond to Plaintiff's Complaint.

**IT SO STIPULATED.**

**ANKCORN LAW FIRM, PC**

Dated: May 11, 2016

s/Mark Ankcorn
Mark Ankcorn
*Attorney for Plaintiff,*
*TERRENCE HARRIS*

**CARLSON & MESSER LLP**

Dated: May 11, 2016

s/David J. Kaminski
David J. Kaminski
Shawn Eldridge
*Attorneys for Defendant,*
*CREDIT ONE BANK, N.A.*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mark Ankcorn, counsel for Plaintiff, and that I have obtained his authorization to affix their electronic signatures to this document.

**CARLSON & MESSER LLP**

Dated: May 11, 2016

s/David J. Kaminski
David J. Kaminski
*Attorney for Defendant,*
*CREDIT ONE BANK, N.A.*

{Terrence Harris Joint Motion;1}